JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARARAT MEGERDICHIAN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,

Defendants.

Case No. CV 26-5746 FMO (AJRx)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 15th day of October, 2026.

/s/
Fernando M. Olguin
United States District Judge